UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 0 1 2007
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DONALD J. McGUIRE )<br>)<br>) | Magistrate Judge Arlander Keys<br><br>No. 07 CR 716 |

### GOVERNMENT'S MOTION TO SEAL
### CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Criminal Complaint, Affidavit, and Arrest Warrant:

On November 1, 2007, the government filed a Criminal Complaint in this matter and submitted an Affidavit in support. The Affidavit detailed the facts supporting probable cause that between December 18, 2000, and December 28, 2000, in the Northern District of Illinois and elsewhere, DONALD McGUIRE traveled in interstate and foreign commerce, namely, between Chicago, Illinois, and Zurich, Switzerland, and Salzburg, Austria, and back, for the purpose of engaging in any sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age (namely, Victim A) that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in violation of 18 U.S.C. § 2423(b).

The government intends to arrest defendant as soon as possible. Releasing the Criminal Complaint and related documents now, before the arrest has been achieved, could impair the ability

1

of law enforcement safely to take defendant into custody. The government therefore requests that the Court keep the Criminal Complaint, Affidavit, and Arrest Warrant under seal only until such time as defendant has been placed under arrest and is in custody.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

By:   *Julie B. Ruder*
      JULIE B. RUDER
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 886-1317

DATE: November 1, 2007