UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 0 1 2007
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07 CR 716 |
| ) | Magistrate Judge Arlander Keys |
| DONALD J. McGUIRE ) | |

### MOTION TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM TO THE U.S. DEPARTMENT OF HOMELAND SECURITY

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully moves, for a writ of habeas corpus ad prosequendum to produce defendant Donald J. McGuire, currently a prisoner in state custody, as detailed below, to appear before this Court for initial appearance and prosecution on the criminal complaint in *United States v. Donald J. McGuire*, 07 CR 716. In support of the motion, the government states as follows:

1.  On November 1, 2007, the defendant was charged in a criminal complaint with traveling in interstate and foreign commerce, namely, between Chicago, Illinois, and Zurich, Switzerland, and Salzburg, Austria, and back, for the purpose of engaging in any sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, in violation of 18 U.S.C. § 2423(b).

2.  On or about November 1, 2007, the defendant was arrested by Walworth County probation office and is now at the Walworth County Jail pending a state bond violation. There is no hearing currently scheduled in the state case.

3.     The government requests that the initial appearance in the federal criminal case be set for November 2, 2007, so that agents of the U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement may immediately bring the defendant here to Chicago, from Walworth County.

4.     In order to bring the defendant to the initial appearance and for subsequent prosecution, the government respectfully requests the issuance of a Writ of Habeas Corpus Ad Prosequendum.

5.     The details of the prisoner are as follows:

>    Name:
>    Date of Birth:
>    Sex:
>    Race:
>    Prisoner No.:

who has been and now is, in due form and process of law, detained in the following institution:

>    Walworth County Jail
>    1770 County Road NN
>    Elkhorn, WI 53121

6.     WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons: the U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement, and the Warden, Walworth County Jail, commanding them to produce the body of the said prisoner before the United States District Court for the Northern District of Illinois, Eastern Division, on November 2, 2007, and then be remanded to the custody of the United States Marshal's Service for further prosecution, and that when the federal prosecution has been concluded, that the prisoner then be returned forthwith to said institution from which he was brought.

November 2, 2007

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Julie B. Ruder*
JULIE B. RUDER
Assistant United States Attorney
312-886-1317