## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716-1 | **DATE** | 11/1/2007 |
| **CASE TITLE** | USA vs. Donald J McGuire | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Donald McGuire. The Government's motion to seal criminal complaint, affidavit and arrest warrant until 12/1/07 or until the defendant has been placed under arrest and is in custody or until 12/1/07 whichever is first, is granted. The Government's Motion to issue Writ of Habeas Corpus ad Prosequendum to the U.S. Dept of Homeland Security is granted.

See attached order

| | Courtroom Deputy Initials: | AC |
|---|---|---|