UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DONALD J. McGUIRE )<br>) | Magistrate Judge Arlander Keys<br><br>No. 07 CR 716 |

### ORDER

Having considered the government's Motion to Seal Criminal Complaint, Affidavit, and Arrest Warrant, the Court hereby orders:

The Criminal Complaint, Affidavit, and Arrest Warrant in this matter will be kept under seal until such time as defendant has been placed under arrest and is in custody, *or December 1, 2007, whichever is earlier.*

ENTERED:

*Arlander Keys*
Hon. Arlander Keys,
U.S. Magistrate Judge

DATE: November 1, 2007

1