## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716-1 | **DATE** | 11/1/2007 |
| **CASE TITLE** | USA vs. Donald J McGuire | | |

**DOCKET ENTRY TEXT**

Writ of Habeas Corpus ad Prosequendum issued to the U.S. Dept of Homeland Security.

Writ Issued
NOV 0 2 2007

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|