UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA   )
                  )
v.                  )  No. 07 CR 716
                  )  Magistrate Judge Arlander Keys
DONALD J. McGUIRE       )

ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

   Name:
   Date of Birth:
   Sex:
   Race:
   Prisoner No.:

who has been and now is, in due form and process of law, detained in the following institution:

       Walworth County Jail
       1770 County Road NN
       Elkhorn, WI 53121

and is wanted to appear as a party in the above-entitled matter for an initial appearance on November 2, 2007 and for subsequent federal prosecution.

   IT IS THEREFORE ORDERED that the following persons:

   U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement

and

   Warden
   Walworth County Jail
   1770 County Road NN
   Elkhorn, WI 53121

bring or cause to be brought to the United States Courthouse, Chicago, Illinois, the body of the said prisoner who is now incarcerated as aforesaid, on said date and at said time, and for subsequent

federal prosecution in the custody of the United States Marshal's Service, and after the conclusion of these proceedings, that the prisoner then be returned forthwith to said institution from which he was brought, and that a Writ of Habeas Corpus Ad Prosequendum directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Arlander Keys*
MAGISTRATE JUDGE
ARLANDER KEYS

Dated: November 1, 2007