## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716-1 | **DATE** | 11/2/2007 |
| **CASE TITLE** | USA vs. Donald J McGuire | | |

**DOCKET ENTRY TEXT**

The Government's oral motion to unseal criminal complaint, affidavit and arrest warrant is hereby granted.

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|

Case 1:07-cr-00716  Document 8  Filed 11/02/2007  Page 1 of 1

07CR717 USA vs. Pascual Roman                                   Page 1 of 1