# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 11/2/2007 |
| **CASE TITLE** | USA vs. McGuire | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 11/2/07. The defendant is informed of his rights. Enter order appointing Steven Komie as counsel for defendant. Detention hearing and Preliminary examination set for 11/7/07 at 9:30 a.m. The defendant is ordered detained until further order of Court. *AK*

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | AC |
|---|---|---|