## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED STATES OF AMERICA

vs.

DONALD J. McGUIRE

Case Number: 07 CR 716

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DONALD J. McGUIRE

| | |
|---|---|
| **NAME (Type or print)** <br> Stephen M. Komie | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** <br> s/ *Stephen Komie* | |
| **FIRM** <br> Komie and Associates | |
| **STREET ADDRESS** <br> One North LaSalle Street, Suite 4200 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois  60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 1505181 | **TELEPHONE NUMBER** <br> 312/263-2800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐ | |

FILED
NOV 2
11 - 2 - 07
2007
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT