# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 11/6/2007 |
| **CASE TITLE** | USA vs. McGuire | | |

**DOCKET ENTRY TEXT**

Detention hearing held. The Defendant is ordered released. Preliminary examination set for 11/30/07 at 9:30 a.m. Defendant's motion to seal ex parte communications with the Court is denied as moot for the reasons stated on the record. *AK*

Docketing to mail notices.

02:30; nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|