## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 11/9/2007 |
| **CASE TITLE** | USA vs. McGuire | | |

**DOCKET ENTRY TEXT**

Pursuant to the 11/9/07 special report submitted by the Pretrial Services Officer, an emergency hearing was set this date on rule to show cause why Defendant's bond should not be revoked. Hearing held. The Court is satisfied that the monitoring device is now working properly. Therefore, the motion to revoke bond is denied.

Docketing to mail notices.

00:15; nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|