Order Form (01/2005)

*M H N*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. McGuire | | |

### DOCKET ENTRY TEXT

For good cause shown and pursuant to the agreement of the Defendant and the Government, the preliminary examination is continued to 2/6/08 at 9:30 a.m. *AK*

Docketing to mail notices.

0006; nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|