IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.　07 CR 716 |
| | ) | |
| REV. DONALD J. MCGUIRE, | ) | Honorable Arlander Keys, |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

**MOTION TO ENLARGE CONDITIONS OF BOND**

NOW COMES the Defendant, REV. DONALD J. MCGUIRE, by and through his attorney, STEPHEN M. KOMIE of KOMIE AND ASSOCIATES, and, pursuant to 18 U.S.C. 3141 *et seq.*, moves this Honorable Court to enlarge the conditions of bond to allow Defendant to travel to the Cleveland Clinic for the purpose of medical treatment. In support thereof, Defendant states as follows:

1) That Defendant suffers from a serious medical defect, commonly known as congestive heart failure.

2) That Defendant underwent an angioplasty procedure on March 15, 2006 to correct a ninety percent (90%) blockage of one of his coronary arteries.

3) That following this procedure Defendant continued to experience severe pains within his chest.

4) That a repeat angiogram revealed Defendant had seventy-percent (70%) blockage of another of his coronary arteries.

5)   That Defendant underwent an angioplasty procedure to attempt to correct this 70% blockage.

6)   That Defendant's doctors were unable to complete the angioplasty due to the reaction of Defendant's body to the procedure.

7)   That Defendant's physiological reaction to the procedure was enhanced by his medical complications, which include diabetic heart disease, hypertensive cardiovascular disease, diabetic nephropathy (kidney disease) and hemorrhagic gastritis resulting in gastrointestinal bleeding.

8)   That treatment with medication alone has not significantly reduced the blockage of Defendant's coronary artery.

9)   That Defendant's current primary physician is Dr. Kang-Yann Lin, M.D. F.A.C.P. of Vista Health Systems, formerly of Victory Memorial Hospital.

10)  That due to Defendant's medical complications, Dr. Lin and his medical team recommend a non-invasive method of treatment known as enhanced external counterpulsation (EECP).  Please see exhibit A, attached hereto, for further explanation of EECP therapy.

11)  That the Cleveland Clinic Heart & Vascular institute, as our nation's foremost heart disease treatment program, is in position to evaluate Defendant's condition and determine what forms of treatment his heart can withstand.

12)  That a bed is available at the Cleveland Clinic for the purpose of Defendant receiving evaluation of and treatment for his condition.

13)  That Ms. Mary Ellen Cozad of the Cleveland Clinic has arranged for Defendant to receive

evaluation and treatment for congestive heart failure beginning on December 12, 2007. Please see exhibit B, attached hereto.

14) That if Defendant's condition goes untreated, it is likely to cause indefinite delay in the proceedings of this Court as well as accelerate Defendant's death.

WHEREFORE, Defendant moves this Honorable Court to modify the release order to permit Defendant to:

1) travel to the Cleveland Clinic;

2) check-in to the Cleveland Clinic for the purpose of medical evaluation and treatment;

3) remain there until the doctors of the Cleveland Clinic determine he is fit for release;

4) return to the Northern District of Illinois; and

5) receive further treatment for his congestive heart failure as his doctors deem necessary.

Respectfully submitted,

Rev. Donald J. McGuire
By and through his attorney
KOMIE AND ASSOCIATES

By:   /s/ Stephen M. Komie

Stephen M. Komie & Associates
Attorneys at Law
One North LaSalle Street
Suite 4200
Chicago, IL 60602
(312) 263-2800