# EXHIBIT-B

\*\*\* Cleveland Clinic Appointment Schedule \*\*\*

\*\* Printed on 12/07/07 \*\*

Donald J Mc Guire - 47185521

| Date | Time | Department | Provider | Visit Type | Desk |
|---|---|---|---|---|---|
| 12/12/07 | 12:00p | Cardiology | Registration | Office Vst | F12 |
| | 12:15p | Cardiology | Physician's Assistant | Office Vst | F25 |
| | 1:00p | Cardiology | Gustavo Rincon, MD | Office Vst | F25 |

Please bring any recent medical records pertaining to your cardiac condition (to include, catheterization, echocardiogram, and x-ray films)
PLEASE REMEMBER TO BRING ALL YOUR MEDICATIONS WITH YOU TO YOUR APPOINTMENT OR BRING A CURRENT MEDICATION LIST.

**Directions to Desk F12:**
Desk F12 is located on the first floor of the F/G buildings. Enter through the Main Hospital Entrance.
Phone 216-444-6697

**Directions to Desk F25:**
Desk F25 is located on the 2nd floor of the Main Hospital. Go to the Main Entrance and follow the overhead signs to the F or G elevators.
Front Desk Phone: 216-444-6740
Phone 216-444-6697

**About Insurance and Registration:** Please bring your insurance card(s) and any insurance authorization to every visit. Any copay required by your insurance is due and payable at the time of the visit. Arrive 15 minutes prior to your appointment to update any information.

**How to Reach Us:** Appointment changes, Questions, Directions call us at (800)223-2273 (Outside Cleveland) or (216)444-2273 (Cleveland Area), TTY: (216)444-0261. For Appointment Questions or Directions to the CCF Wooster Office, please call: (800)451-9870 (Outside Wooster) or (330)287-4500 (Wooster Area).

**On the Internet:** www.clevelandclinic.org to find additional information about the Cleveland Clinic, addresses and driving directions.

You may have other appointments scheduled that are not listed above.

**To Our Patients:** For our patients who are referred to Cleveland Clinic by their physician who is not full-time staff at Cleveland Clinic, we are offering Dr**Connect**, a secure, online web based service that provides your physician with the ability to receive real-time information about the treatment you, as their patient, receive at Cleveland Clinic. In order to receive this information, please request that your physician establish a Dr**Connect** account by visiting eclevelandclinic.org or e-mail drconnect@ccf.org.