IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 716 |
| | ) | |
| REV. DONALD J. MCGUIRE, | ) | Honorable Arlander Keys, |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Assistant United States Attorney
      219 South Dearborn, 5th floor
      Chicago, Illinois  60604

Please take notice, on December 10, 2007 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Arlander Keys, or the judge sitting in his stead in Courtroom No. 2230 which is usually occupied by him at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then present Defendant's Motion to Enlarge the Conditions of Bond.

　　　　　　　　　　　　　　　　  /s/ Stephen M. Komie
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　Komie and Associates
　　　　　　　　　　　　　　　　One North LaSalle Street, Suite 4200
　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　312/263-2800

**PROOF OF SERVICE**

The undersigned, being first duly sworn, deposes and states that a true and correct copy of the attached Defendant's Motion to Enlarge the Conditions of Bond has been served upon the below named party using the CM/ECF system on December 7, 2007:

Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

/s/ Stephen M. Komie
Attorney for Defendant
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800

