IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO.   07 CR 716 |
| ) | |
| REV. DONALD J. MCGUIRE, ) | Honorable Arlander Keys, |
| ) | Magistrate Judge, Presiding |
| Defendant. ) | |

## AGREED ORDER

THIS MATTER coming to be heard upon the Motion of the Defendant to Amend the order entered on 12/10/07 enlarging the conditions of bond; the Government having no objection to the amendment to be entered as an agreed order; the Court having jurisdiction over the parties and the subject matter; the Court being fully advised in the premises;

IT IS ORDERED:

1. That the Motion of the Defendant to Modify Conditions of Release is granted without objection as amended.

2. That the order shall read:

"The Government having no objection, the Defendant's motion to modify conditions of release is granted (#19). Commencing on 12/11/07, the Defendant is granted leave to travel to the Cleveland Clinic in Ohio for evaluation and treatment for congestive heart failure and to remain there until his doctors determine that he is fit for release. One of Defendant's third party custodians must accompany Defendant to Cleveland. The Defendant will provide his itinerary to the Pretrial Services Officer and comply with the directions of that officer regarding keeping in touch with him/her."

DATED: December 11, 2007

ENTER:

_Arlander Keys_
Magistrate Judge