FILED
JANUARY 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:07-cr-00716   Document 24   Filed 01/31/2008   Page 1 of 3   NF

FILED
JAN 3 1 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 716 |
| | ) | |
| vs. | ) | Violations: Title 18, United States Code, |
| | ) | Section 2423(b) |
| DONALD J. McGUIRE | ) | |

JUDGE LINDBERG

MAGISTRATE JUDGE KEYS

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

Between on or about December 18, 2000, and on or about December 28, 2000, in the Northern District of Illinois, and elsewhere,

DONALD J. McGUIRE,

defendant herein, did travel in interstate and foreign commerce, namely, between Chicago, Illinois, and Zurich, Switzerland, and Salzburg, Austria, and back, for the purpose of engaging in any sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, namely, Minor Victim A, that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States;

In violation of Title 18, United States Code, Section 2423(b).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

Between on or about August 2, 2001, and on or about August 6, 2001, in the Northern District of Illinois, and elsewhere,

DONALD J. McGUIRE,

defendant herein, did travel in interstate and foreign commerce, namely, between Chicago, Illinois, and Buffalo, Minnesota, and back, for the purpose of engaging in any sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, namely, Minor Victim A, that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States;

In violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

Between in or about May 2002 and on or about June 3, 2002, in the Northern District of Illinois, and elsewhere,

DONALD J. McGUIRE,

defendant herein, did travel in interstate and foreign commerce, namely, between Chicago, Illinois, and Managua, Nicaragua, and back, for the purpose of engaging in any sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, namely, Minor Victim A, that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States;

In violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3