07 GJ 0864

NF

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | *Morton Denlow* |
|---|---|---|---|
| CASE NUMBER | 07 CR 0716 | DATE | **JANUARY 31, 2008** |
| CASE TITLE | **US v. DONALD J. McGUIRE** | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

#### SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present,

returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge *Morton Denlow*

**JUDGE LINDBERG**

Docket Entry:

**MAGISTRATE JUDGE KEYS**

NO BOND SET, DEFENDANT IS HOME INCARCERATED WITH OTHER
CONDITIONS.

# FILED

JAN 3 1 2008   NF

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____

(ONLY IF FILED
UNDER SEAL)

| | | | | | |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices | DOCKET# |
| | No notices required. | | | Date docketed | |
| | Notices mailed by judge's staff. | | | Docketing opty. initials | |
| | Notified counsel by telephone. | | | Date mailed notice | |
| | Docketing to mail notices | | | | |
| | Mail AO 450 form. | | | Mailing | |
| | Copy to judge/magistrate judge. | | | opty. initials | |
| | Courtroom Deputy initials | Date/time received in Central Clerk's office | | | |