Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Lindberg | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 2/6/08 |
| **CASE TITLE** | USA vs. McGuire | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 2/13/08. Pretrial motions to be filed by 2/27/08. Responses to pretrial motions are due by 3/12/08. Status hearing set before Judge Lindberg on 3/19/08 at 9:30 a.m. Time is excluded pursuant to 18:3161(h)(l).

Docketing to mail notices.





| | Courtroom Deputy Initials: | AC |
|---|---|---|