# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DONALD J. McGUIRE

**FILED** JN 2-19-2008 / FEB 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNDER SEAL

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 716

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Donald J. McGuire**

and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment   ___Information   _X_Complaint   ___Order of court   ___Violation Notice   ___Probation Violation Petition

charging him or her with (brief description of offense)

traveling in interstate and foreign commerce, namely, between Chicago, Illinois and Zurich, Switzerland and Salzburg, Austria, and back, for the purpose of engaging in any sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States,

in violation of Title __18__ United States Code, Section(s) __2423(b)__

Arlander Keys
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*/s/ Arlander Keys*
Signature of Issuing Officer

November 1, 2007, Chicago, IL
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at **Walworth County Jail, WI Elkhorn**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11.1.2007 | Jennifer Sapper, Senior Special Agent, Dept. of Homeland Security, ICE | [signature] |
| DATE OF ARREST 11.2.2007 | | |