IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 716 |
| | ) | |
| REV. DONALD J. MCGUIRE, | ) | Honorable Arlander Keys, |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Assistant United States Attorney
219 South Dearborn, 5th floor
Chicago, Illinois  60604

     Please take notice, on February 26, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Arlander Keys, or the judge sitting in his stead in Courtroom No. 2230 which is usually occupied by him at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then present Defendant's Second Motion to Enlarge the Conditions of Bond.

                                             /s/ Stephen M. Komie
                                             Attorney for Defendant
                                             Komie and Associates
                                             One North LaSalle Street, Suite 4200
                                             Chicago, Illinois 60602
                                             312/263-2800

## PROOF OF SERVICE

  The undersigned, being first duly sworn, deposes and states that a true and correct copy of the attached Defendant's Second Motion to Enlarge the Conditions of Bond has been served upon the below named party using the CM/ECF system on February 22, 2007

  Assistant United States Attorney
  United States Attorney's Office
  219 South Dearborn Street, 5th Floor
  Chicago, IL 60604

           /s/ Stephen M. Komie
           Attorney for Defendant
           Komie and Associates
           One North LaSalle Street, Suite 4200
           Chicago, Illinois 60602
           312/263-2800