```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 716 |
| | ) | |
| DONALD J. McGUIRE | ) | Judge George W. Lindberg |

**GOVERNMENT'S AGREED MOTION TO ENTER AGREED PROTECTIVE ORDER**

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to enter an Agreed Protective Order concerning discovery in this case.

In support of this Motion, the government states:

1. The parties have engaged in discovery conferences.

2. The parties have agreed, through counsel, to entry of the attached Agreed Protective Order.

WHEREFORE, the United States respectfully moves this Court to enter the attached Agreed Protective Order.

Dated: February 26, 2008          Respectfully submitted,

                                  PATRICK J. FITZGERALD
                                  United States Attorney

                             By:   s/ Julie B. Ruder
                                  JULIE B. RUDER
                                  Assistant U.S. Attorney
                                  219 South Dearborn Street
                                  Chicago, Illinois 60604
                                  (312) 886-1317

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

> Government's Agreed Motion to Enter Agreed Protective Order, and Agreed Protective Order

were served on February 26, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ Julie B. Ruder
JULIE B. RUDER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-1317