IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 716 |
| | ) | |
| DONALD J. MCGUIRE, | ) | Honorable Arlander Keys, |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

### MOTION TO DISCOVER USE OF ELECTRONIC DEVICES

NOW COMES the Defendant, DONALD J. MCGUIRE, by and through his attorney, STEPHEN M. KOMIE of KOMIE AND ASSOCIATES, and respectfully moves this Honorable Court to enter an order:

1.  Requiring the United States Attorney to ascertain and report to the Court whether any electronic eavesdropping or recording device was utilized in the investigation of this case.

2.  Permitting the Defendant to inspect, audit, and copy recorded results of any use of such electronic devices, other than those provided by the way of local discovery rules.

3.  The Government has in its possession the Federal Bureau of Investigation Criminal Identification Number and the necessary background information furnished by the Defendant and others containing the name, address, and other identifying information necessary for the search of the Government files to be conducted.

WHEREFORE the Defendant respectfully requests that this Court enter an order granting the above requests.

                Respectfully submitted,

                DONALD J. MCGUIRE, Defendant
                by and through his attorneys,
                KOMIE AND ASSOCIATES

By:   /s/ Stephen M. Komie
        Komie and Associates
        One North LaSalle Street, Suite 4200
        Chicago, Illinois 60602
        312/263-2800