IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 716 |
| | ) | |
| DONALD J. MCGUIRE, | ) | Honorable Arlander Keys, |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE
ADDITIONAL PRE-TRIAL MOTIONS

NOW COMES the Defendant, DONALD J. MCGUIRE, by and through his attorney, STEPHEN M. KOMIE of KOMIE AND ASSOCIATES, and respectfully moves this Honorable Court for leave to submit additional pre-trial motions based upon the results of pre-trial discovery within a reasonable time after the grounds for such motions have been ascertained.

The ground of this motion is that discovery agreed to by the Government and/or requested by the Defendant may lead to information presently unknown to the Defendant or counsel which would provide the basis for action by the Court prior to trial.

WHEREFORE the Defendant respectfully requests the Court enter an order for leave to submit additional pre-trial motions.

                                        Respectfully submitted,

                                        DONALD J. MCGUIRE, Defendant
                                        by and through his attorneys,
                                        KOMIE AND ASSOCIATES

By:   /s/ Stephen M. Komie
        Komie and Associates
        One North LaSalle Street, Suite 4200
        Chicago, Illinois 60602
        312/263-2800