IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.    07 CR 716 |
| | ) | |
| DONALD J. MCGUIRE, | ) | Honorable Arlander Keys, |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

## MOTION FOR ATTORNEY VOIR DIRE

NOW COMES the Defendant, DONALD J. MCGUIRE, by and through his attorney, STEPHEN M. KOMIE of KOMIE AND ASSOCIATES, and respectfully moves this Honorable Court pursuant to the provisions of Rule 12 and 24(a) of the Federal Rules of Criminal Procedure, to permit counsel for Defendant, DONALD J. MCGUIRE, thirty minutes of attorney conducted voir dire during the trial of this case.

This motion is based upon the instant motion, the attached Memorandum in Support of Motion for Attorney Voir Dire, the files and records in the case, and any and all other matters that may come to this Court's attention before or during the hearing of this motion.

> Respectfully submitted,
> DONALD J. MCGUIRE, Defendant
> by and through his attorneys,
> KOMIE AND ASSOCIATES

By:   /s/  Stephen M. Komie
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800