IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
      vs.                            )          NO.    07 CR 716
                                     )
DONALD J. MCGUIRE,                   )          Honorable Arlander Keys,
                                     )          Magistrate Judge, Presiding
            Defendant.               )

## DEFENDANT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS

NOW COMES, Defendant, DONALD J. MCGUIRE,  by and through his attorney,

STEPHEN M. KOMIE of KOMIE AND ASSOCIATES, respectfully moves this Honorable

Court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for entry of its Order

setting a date for early return of trial subpoenas to be issued by Defendant in this case.


                        Respectfully submitted,

                        DONALD J. MCGUIRE, Defendant
                        by and through his attorneys,
                        KOMIE AND ASSOCIATES

            By:    /s/  Stephen M. Komie
                        Komie and Associates
                        One North LaSalle Street, Suite 4200
                        Chicago, Illinois 60602
                        312/263-2800