IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 716 |
| | ) | |
| DONALD J. MCGUIRE, | ) | Honorable Arlander Keys, |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   Ms. Julie B. Ruder
        Assistant United States Attorney
        219 South Dearborn, 5th floor
        Chicago, Illinois  60604

PLEASE TAKE NOTICE on the 12th day February, 2008 we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the Defendant's **Motion to Require Notice of Intention to Use Other Crimes, Wrongs, or Acts Evidence; Motion to Discover Use of Electronic Devices; Motion for Pre-Trial Access to Witness; Motion for Leave to File Additional Pre-Trial Motions; Memorandum in Support of Motion For Pre-Trial Access to Witnesses; Motion to Preclude Prosecutor From Conferring With Prosecution Witnesses; Motion for Attorney Voir Dire; Memorandum in Support of Motion for Attorney Voir Dire; Motion for Disclosure of Impeaching Information; Memorandum in Support of Motion for Disclosure of Impeaching Information; and Defendant's Motion for Early Return of Trial Subpoenas.**

                                                                              /s/ Stephen M. Komie
                                                                             Attorney for Defendant Donald J. McGuire
                                                                             Komie and Associates
                                                                             One N. LaSalle Street, #4200
                                                                             Chicago, Illinois  60602
                                                                             (312)  263-2800

**PROOF OF SERVICE**

      The undersigned, an attorney, deposes and states that a true and correct copy of Defendants' Notice of Filing and **Motion to Require Notice of Intention to Use Other Crimes, Wrongs, or Acts Evidence; Motion to Discover Use of Electronic Devices; Motion for Pre-Trial Access to Witness; Motion for Leave to File Additional Pre-Trial Motions; Memorandum in Support of Motion For Pre-Trial Access to Witnesses; Motion to Preclude Prosecutor From Conferring With Prosecution Witnesses; Motion for Attorney Voir Dire; Memorandum in Support of Motion for Attorney Voir Dire; Motion for Disclosure of Impeaching Information; Memorandum in Support of Motion for Disclosure of Impeaching Information; and Defendant's Motion for Early Return of Trial Subpoenas** has been served upon the below named party(ies), by filing said document in the CM/ECF system on the 28th day of February, 2008.

Ms. Julie B. Ruder
Assistant United States Attorney
219 South Dearborn, 5th floor
Chicago, Illinois  60604

                                                  /s/ Stephen M. Komie
                                      Attorney for Defendant Donald J. McGuire
                                      Komie and Associates
                                      One N. LaSalle Street, #4200
                                      Chicago, Illinois  60602
                                      (312)  263-2800