Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 2/26/08 |
| **CASE TITLE** | USA vs. McGuire | | |

**DOCKET ENTRY TEXT**

The Government having no objection, the Defendant's motion to modify conditions of release is granted (#31).   Commencing on 2/27/08, The Defendant is granted leave to travel to the Cleveland Clinic in Ohio, for evaluation and treatment for congestive heart failure and to remain there until his doctors determine that he is fit for release.  Michael Larsen has been informed of the conditions of the Defendant's release and must accompany Defendant to Cleveland.   The Defendant will provide his itinerary to the Pretrial Services Officer and comply with the directions of that officer regarding keeping in touch with him/her.

Docketing to mail notices.



| | Courtroom Deputy Initials: | AC |
|---|---|---|