

**U.S. Department of Justice**

United States Attorney
Northern District of Illinois

| | |
|---|---|
| Julie B. Ruder<br>Assistant United States Attorney | Dirksen Federal Building   Direct Line: (312) 886-1317<br>219 South Dearborn Street, Fifth Floor   Fax: (312) 353-8298<br>Chicago, Illinois  60604 |

February 14, 2008

**By U.S. Mail**
Stephen M. Komie
Komie & Associates
One N. La Salle, Suite 4200
Chicago, IL 60602

    Re:  *U.S. v. Donald J. McGuire*, 07 CR 716

Dear Steve:

    I am in the process of preparing discovery materials for you, which should be ready early next week.  A few days ago, I e-mailed you a draft protective order, which we need to enter before I produce the bulk of the discovery.  Please take a look at the draft, and let me know if it is acceptable.  If so, I will get it filed and will get the discovery to you right away.

    The materials I provide will include documents produced by the Jesuits, United Airlines, Trivium School, St. Lawrence, and various other sources.  I also have, and will make available to you for inspection and copying, boxes of documents produced by Mission Fides. (The Mission Fides boxes contain original pamphlets, ticket stubs, check stubs, and other items that are time-consuming to copy and/or scan. You are welcome to as much or as little of it as you want; but rather than have the government copy everything when the bulk is likely irrelevant to both us, it would be more efficient for you to take a look first.)  Among other items, the boxes contain McGuire's retreat and travel itineraries, and various travel documents, that the government intends to use in its case-in-chief.

    The government also has custody of items obtained via search warrants.  The search warrant applications will be included in the discovery, as well as a report describing the items seized.  Please let me know if and when you would like to inspect such items, and we can make an appointment with the case agent.  Finally, as described below, the government intends to produce its witness statements under 18 U.S.C. § 3500 three weeks before trial.

    The government requests that defendant provide all discovery material to which the government is entitled pursuant to Local Rule 16.1 and the Federal Rules of Criminal Procedure, including but not limited to:

    1.    the opportunity to inspect and copy anything you may mark as an exhibit at trial;

Stephen M. Komie, cont.
February 14, 2008
Page 2

    2.    the results of any examination or test that defendant may raise at trial;

    3.    notice of any alibi or similar defense the defendant intends to raise, including the defense of necessity or coercion and any defense asserting the defendant's unavailability, on or near the dates named in the indictment; and

    4.    notice of any defense that may possibly be raised of a mental defect inconsistent with the state of mind required for the offense charged.

Additionally, pursuant to Local Rule 16.1, the government agrees to the following concerning further discovery or inspection:

    1.    the government agrees to preserve the written notes of government agents;

    2.    the government will provide you with identification and notification of evidence it intends to introduce pursuant to Federal Rule of Evidence 404(b) three weeks prior to trial; and

    3.    the government will provide materials subject to 18 U.S.C. § 3500 three weeks prior to trial so long as you provide any statements or reports relating to defense witnesses three weeks prior to trial as well.

One additional matter for your consideration is the subject of plea negotiations and/or the possibility of cooperation. As you may be aware, the United States Attorney has adopted an office policy against negotiating plea agreements after trial preparation has commenced. Based upon my assessment of the evidence in this case, I will need to begin trial preparation no later than two weeks before the scheduled trial date. Since all plea agreements require the approval of the United States Attorney, this means that I will be unable to recommend or negotiate the dismissal of counts, the government's sentencing position, or acceptance of responsibility credit under the United States Sentencing Guidelines, among other things, after that time period. As you know, the defendant's timeliness in manifesting an acceptance of responsibility is one of the elements to be considered in determining whether to reduce the adjusted offense level under the United States Sentencing Guidelines. Please note in this regard that once I begin trial preparation the defendant becomes ineligible for a one-level reduction under Guideline § 3E1.1(b).

    Very truly yours,

    PATRICK J. FITZGERALD
    United States Attorney

By:    _____
    JULIE B. RUDER
    Assistant United States Attorney