## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 Cr 716 | **DATE** | 3/14/2008 |
| **CASE TITLE** | USA v. McGuire | | |

**DOCKET ENTRY TEXT**

The motion to preclude prosecutor from conferring with prosecution witnesses [41] is granted in part. No counsel for either the government or the defendant will be allowed to confer with any witness about this case while that witness is testifying at trial. The motion to require notice of intention to use other crimes, wrongs, or acts evidence [37] is granted in part and denied in part. The government has agreed to provide notice regarding Rule 404(b) evidence it intends to offer in its case-in-chief three weeks before trial and it is ordered to do so. Defendant's request for Rule 404(b) evidence the government may use on cross-examination or in rebuttal is denied. Defendant's request for Rule 608(b) evidence is denied. The motion for disclosure of impeaching information [34] is denied as moot. The government represents that it will comply with its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972) and has identified the material it will produce in its written response. No further court order is needed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|