# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 716 | **DATE** | 3/13/2008 |
| **CASE TITLE** | USA vs. McGuire | | |

**DOCKET ENTRY TEXT**

Defendant's motion for early return of trial subpoenas [44] is granted. The government is also granted leave for early return of trial subpoenas. The motion for attorney voir dire [42] is denied, without prejudice, as premature. The court will address voir dire issues closer to the trial date. The motion for leave to file additional pre-trial motions [38] is denied, without prejudice. The court will address the appropriateness and timeliness of additional pretrial motions if and/or when they are filed. The motion to discover use of electronic devices [36] is denied as moot. The government represents that it has, and will continue to produce the material requested in that motion. The motion for pre-trial access to witnesses [39] is denied as moot. Defense counsel is free to access potential witnesses prior to trial. No further order from this court is necessary.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|