```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )   No.  07 CR 716
                              )   Hon. George W. Lindberg
DONALD J. McGUIRE             )
```

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

```
        Name:             Donald J. McGuire
        Date of Birth:    7/9/1930
        Sex:              M
        Race:             White
        Prisoner No.:     Unknown
```

has been and now is, in due form and process of law, detained in the following institution:

COOK COUNTY JAIL, Chicago, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 2423(b), and is now wanted in such division and district on June 11, 2008 at 9:15 a.m. for status before District Court Judge George W. Lindberg.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

```
UNITED STATES MARSHAL              WARDEN
Northern District of Illinois      Cook County Jail
Chicago, Illinois                  Chicago, Illinois
```

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that the prisoner shall be remanded to the custody of the United States Marshal's Service for further prosecution, and that when the federal prosecution has been concluded, that defendant Donald J. McGuire shall then be returned forthwith to said institution from which he was brought.

Dated:  May 14, 2008              Respectfully submitted,

                                      PATRICK J. FITZGERALD
                                      United States Attorney


                         By: s/ Julie B. Ruder
                             JULIE B. RUDER
                             Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

    Petition for Writ of Habeas Corpus ad Prosequendum
    [Draft] Order
    [Draft] Writ of Habeas Corpus Ad Prosequendum

were served on May 14, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                <u>s/ Julie B. Ruder</u>
                                JULIE B. RUDER
                                Assistant U.S. Attorney
                                219 S. Dearborn
                                Chicago, IL 60604
                                (312) 886-1317