UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 07 CR 716 |
| | ) Hon. George W. Lindberg |
| DONALD J. McGUIRE | ) |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

```
            Name:            Donald J. McGuire
            Date of Birth:   7/9/1930
            Sex:             M
            Race:            White
            Prisoner No.:    Unknown
```

has been and now is, in due process of law, incarcerated in the following institution:

COOK COUNTY JAIL, Chicago, Illinois,

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 2423(b), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:15 a.m. on June 11, 2008 for status before Judge George W. Lindberg.

IT IS THEREFORE ORDERED that the following persons:

```
UNITED STATES MARSHAL              WARDEN
Northern District of Illinois      Cook County Jail
Chicago, Illinois                  Chicago, Illinois
```

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

                                    E N T E R:

                                    _____
                                    J U D G E

DATED at Chicago, Illinois
this _____ day of May 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  07 CR 716 |
| | ) | Hon. George W. Lindberg |
| DONALD J. McGUIRE | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   UNITED STATES MARSHAL            WARDEN
      Northern District of Illinois   Cook County Jail
      Chicago, Illinois               Chicago, Illinois

WE COMMAND YOU that you do, at 9:15 a.m. on June 11, 2008, bring or cause to be brought before the Honorable George W. Lindberg, Judge, United States District Court for the Northern District of Illinois, Eastern Division, in the United States Court House, Chicago, Illinois, the body of:

    Name:            Donald J. McGuire
    Date of Birth:   7/9/1930
    Sex:             M
    Race:            White
    Prisoner No.:    Unknown

who has been and now is, in due form and process of law, incarcerated in the following institution:

    COOK COUNTY JAIL, Chicago, Illinois,

and who is wanted for status before this Court on said date and at said time.

AND FURTHER, the prisoner shall be remanded to the custody of the United States Marshal's Service for further prosecution, and when the federal prosecution has been concluded, defendant Donald

J. McGuire shall then be returned forthwith to said institution from which he was brought.

AND HAVE YOU THEN AND THERE THIS WRIT.

To the Marshal of the Northern District of Illinois to execute.

> WITNESS:   The Honorable George W. Lindberg
> Judge of the United States District
> Court for the Northern District of
> Illinois, Eastern Division, this
> _____day of May, 2008
>
> _____MICHAEL W. DOBBINS_____
> C L E R K
>
> _____
> D E P U T Y