UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
5-19-08
MAY 19 2008
Judge George W. Lindberg
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 07 CR 716 |
| DONALD J. McGUIRE | ) Hon. George W. Lindberg |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

```
Name:           Donald J. McGuire
Date of Bir
Sex:
Race:
Prisoner        unknown
```

has been and now is, in due form and process of law, detained in the following institution:

COOK COUNTY JAIL, Chicago, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 2423(b), and is now wanted in such division and district on June 11, 2008 at 9:15 a.m. for status before District Court Judge George W. Lindberg.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL           WARDEN
Northern District of Illinois   Cook County Jail
Chicago, Illinois               Chicago, Illinois

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that the prisoner shall be remanded to the custody of the United States Marshal's Service for further prosecution, and that when the federal prosecution has been concluded, that defendant Donald J. McGuire shall then be returned forthwith to said institution from which he was brought.

Dated:  May 13, 2008            Respectfully submitted,

                                PATRICK J. FITZGERALD
                                United States Attorney

                          By:   /s/ Julie B. Ruder
                                JULIE B. RUDER
                                Assistant U. S. Attorney