## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 5/19/2008 |
| **CASE TITLE** | USA vs. Donald J. McGuire | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. It is hereby ordered that the US Marshal, NDIL bring or cause to be brought before this court, defendant Donald J. McGuire on June 11, 2008 at 9:15a.m. Filed writ of habeas corpus ad prosequendum. Filed writ of habeas corpus ad prosequendum. Enter order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|