UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 716 |
| | ) | Hon. George W. Lindberg |
| DONALD J. McGUIRE | ) | |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

      Name:         Donald J. McGuire
      Date of Birth:
      Sex:
      Race:         White
      Prisoner No.:   Unknown

has been and now is, in due process of law, incarcerated in the following institution:

COOK COUNTY JAIL, Chicago, Illinois,

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 2423(b), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:15 a.m. on June 11, 2008 for status before Judge George W. Lindberg.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL        WARDEN
Northern District of Illinois    Cook County Jail
Chicago, Illinois             Chicago, Illinois

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
JUDGE

DATED at Chicago, Illinois
this _____ day of May 2008

MAY 19 2008