# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. DONALD J. MCGUIRE | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to June 24, 2008 at 1:30 pm.  Trial date of September 8, 2008 at 9:15 am set by Judge Lindberg shall stand.  Pretrial conference is set for August 15, 2008 at 10:00 am.  All proposed jury instructions are to be filed by August 4, 2008.  All motions in limine and supporting memorada shall be filed by August 4, 2008.  Responses are due August 11, 2008.  The government is given to August 4, 2008 to file its 404(b) motion and supporting memoranda.  Defendant is given to July 21, 2008 to file any motions to change the trial date.  Defendants not objecting, enter excludable delay for the period of 6/23/2008 through 9/8/2008 pursuant to 18 U.S.C (h)(8)(B)(iv) in the interest of justice.  X-T-4

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|