## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 | **DATE** | 6/24/2008 |
| **CASE TITLE** | USA vs. DONALD J. MCGUIRE | | |

**DOCKET ENTRY TEXT**

Status hearing held. Trial is set for October 6, 2008 at 9:15 am.  Final pretrial conference is set for September 26, 2008 at 10:00 am.  All motions in limine and supporting memoranda, proposed jury instructions, and Santiago proffer are to be filed by September 26, 2008.  Any motions pursuant to 404(b) and supporting memoranda are to be filed by September 5, 2008.  Response is to be filed by September 19, 2008.  Defendant not objecting, enter excludable delay for the period of 6/24/2008 through 10/6/2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

X-T-4

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|