IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 716 |
| | ) | |
| REV. DONALD J. MCGUIRE, | ) | Honorable Arlander Keys, |
| | ) | Magistrate Judge, Presiding |
| Defendant. | ) | |

**NOTICE OF VACATION**

To:   Ms. Julie B. Ruder
       Assistant United States Attorney
       219 South Dearborn, 5th floor
       Chicago, Illinois  60604
       julie.ruder@usdoj.gov

   PLEASE TAKE NOTICE, that the law firm of Komie and Associates shall close its doors on June 27, 2008 for its annual vacation in celebration of the Independence of the United States.

   Please note, we will return to work on July 14, 2008. Please accommodate us by not setting any motions or noticing any depositions during the period of our annual vacation. We thank you in advance for your anticipated courtesy.

                               Respectfully submitted,
                               DONALD MCGUIRE, Defendant
                               by and through his attorney

                               /s/ Stephen M. Komie
                               Stephen M. Komie
                               Komie and Associates
                               One N. LaSalle Street, Suite 4200
                               Chicago, Illinois 60602
                               312/263-2800

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, deposes and states that a true and correct copy of Defendant's Notice of Vacation has been served upon the below named party(ies), by filing said document in the CM/ECF system on the 27th day of June, 2008.

Ms. Julie B. Ruder
Assistant United States Attorney
219 South Dearborn, 5th floor
Chicago, Illinois  60604
julie.ruder@usdoj.gov


                                                      /s/ Stephen M. Komie