# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

Donald J. McGuire

Case No. 07 CR 716

Designated Magistrate Judge
Arlander Keys

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer** who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_____
Judge Virginia M. Kendall

Dated: June 30, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer**.

**ENTER**

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL - 3 2008

Reassignment by Agreement (Rev. 9/99)



*Judge Kendall*

I agree that case number **07CR716** should be reassigned to my calendar as specifically set forth below:

Due to the potential appearance of impropriety because I currently serve on the Board of Directors of Loyola Academy and my husband works for the Jesuits.    /s/ JHK  7/2/2008

☐  It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge _____ as replacement(s):

☑  It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required.

_____
Judge Rebecca R. Pallmeyer

Dated: __July 2, 2008__

Reassignment by Agreement (Rev. 9/99)