## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA vs. Donald J. McGuire | | |

**DOCKET ENTRY TEXT**

This case having been reassigned, the court adopts the schedule imposed by Judge Kendall on June 24, 2008, except that the trial date is postponed for one day, to 10/7/08 at 9:30 a.m. Other dates are as follows: Any motions pursuant to 404(b) and supporting memoranda are to be filed by 9/5/08. Response is to be filed by 9/19/08. Final pretrial conference is set for 9/26/08 at 10:00 am. A status conference is set for 8/11/08 at 9:00 a.m. Excludable time to begin pursuant to 18:3161(h)(1)(F). (X-E)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:07-cr-00716   Document 68   Filed 07/07/2008   Page 1 of 1

07CR716 - 1 USA vs. Donald J. McGuire                                                                                      Page 1 of 1