UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
7-28-2008
JUL 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case
Donald McGuire                                      07 CR 716
                                                    07 CR 716

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Donald McGuire

| | |
|---|---|
| SIGNATURE | Robert Maloney |
| FIRM | Robert Maloney / Trial Attorney Member |
| STREET ADDRESS | 1025 Pleasant Place, 1gF Ann Sarah |
| CITY/STATE/ZIP | Oak Park, IL 60302 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 66400 IL Cir Ct | TELEPHONE NUMBER 708 445 7460 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☐  will be ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☒   APPOINTED COUNSEL ☐ | |