IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                                         ) | |
|      Plaintiff,                  ) | |
|  vs.                                             ) | NO.   07 CR 716 |
|                                                         ) | |
| REV. DONALD J. MCGUIRE,      ) | Honorable Rebecca R. Pallmeyer, |
|                                                         ) | District Judge, Presiding |
|      Defendant.             ) | |

## NOTICE OF MOTION

TO:   Assistant United States Attorney
        219 South Dearborn, 5th floor
        Chicago, Illinois  60604

     Please take notice, on August 11, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer, or the judge sitting in her stead in Courtroom No. 2119 which is usually occupied by her at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then present Defendant's Objections to and Motion to Vacate Trial Setting.

       /s/ Stephen M. Komie
       Attorney for Defendant
       Komie and Associates
       One North LaSalle Street, Suite 4200
       Chicago, Illinois 60602
       312/263-2800

## PROOF OF SERVICE

      The undersigned, being first duly sworn, deposes and states that a true and correct copy of the attached Defendant's Objections to and Motion to Vacate Trial Setting has been served upon the below named party using the CM/ECF system on July 30, 2008.

Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

                                        /s/ Stephen M. Komie
                                        Attorney for Defendant
                                        Komie and Associates
                                        One North LaSalle Street, Suite 4200
                                        Chicago, Illinois 60602
                                        312/263-2800