In the United States
District Court For the
Northern District of Illinois
Eastern Division
20th Floor

FILED
JUL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PAID
RECEIPT # 4624006563
JUL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America  ) 07 CR 716
v.                        ) 07 CR 716
Donald McGuire            ) Pallmeyer
        Defendant         )

**Notice of Appeal [Emergency!!!]**
To the Court of Appeals for the Seventh Circuit

Defendant Donald McGuire,

by his Second Attorney, Robert

A. Muravey who Discharged

Defendant's 1st Attorney — Stephen

Komie by reason of incompetence

through the aegis of Muravey

communicating to Komie that he was

Jones, during an earlier hearing on this day, 7/30/08 on Witness

Motion for Immediate Bail

under the due process clause of Amendment V of the Bill of Rights

~~rights~~, as justified by the very, very recent Supreme Court decision in the Guantanamo Bay Terrorists Habeas Corpus Proceeding,

128 S.Ct. 2239 (2008) <u>Boumediene</u> v. <u>Bush</u>, which was made a part of defendant's ~~[struck]~~

motion for release to Judge Rebecca R. Pallmeyer.

Judge Rebecca R. Pallmeyer

At roughly 9:20 AM., 7/30/08,

Courtroom 2119 (although she

was told by counsel) (Maloney)

that McGuire had tried him

last evening (7/29/08) at the

Federal Detention Center, Chicago

at Clark and Harrison

that the crovecong Clinic physicians

had diagnosed that he has a very

critical heart condition that

impacted on his legs (which

were badly swollen with edema)

which consisted to ~~to~~ <ins>could</ins> expand into

a death causing embolism, at any time,

if he experienced strain,

For example the full body

cavity searches being

~~———~~ AND visits

~~Are~~ after ~~being~~ ~~visits~~ with

his Attorney Mulvaney —

where the Jailers commented

that these are designed to

cause a limiting of the

frequency of such Attorney

visits.) (Further, at the

7/29/08 meeting McGuire gave

Mulvaney specific instructions to

fire atty Komie.) But the Judge was not impressed.

The District Court Judge

turned a deaf ear on

the obvious emergency

and the obvious testimony

that after Bourmeyesne

the Government ~~could not~~

deny McGuire his freedom

on Fair Bail, and, instead,

She continued the motion to

April 11, 2008 to accommodate

the schedule of Counsel Komie,

who, as noted at the Lower Court

hearing, has been discharged by

Maloney as directed by McGuire.

McGuire has not seen Komnin for

roughly 3 months or he

would have earlier fired him.

Konia did not appear at a

plea bargaining session with

the U.S. Attorney (AUSA ~~Ruder~~) RUDER

where ~~Ruder~~ RUDER urged McGuire

to plead to the Homeland Security

Indictment in return for a

~~__~~ sentence of 40, ~~Forty~~ 4 years incarceration

~~Forty~~ 4 years ~~__~~ detention.

McGuire worries by WELL over

110 years old, or he survives to see

daylight again under

that Scanlon's, However Maloney will obtain
an acquittal for McGuire on any pending cases,

McGuire was incarcerated

by the federal government

on a bogus affidavit

signed by AUSA ~~Reeder~~ Ruperr,

According to McGuire, ~~Reeder~~ Ruperr

knew before the plea bargain

meeting that McGuire, through

his consigliore was trying to

validate Maloney's representation

of him and Maloney had

told ~~Reeder~~ Ruperr that he would

be representing

Nathan McGuire, his old

classmate at St. Ignatius

H.S., Chicago, class of 1947

And these representations were

made before the Honorable Virginia
Kendall in the presence of Rogers
~~at his say~~ weeks before the plea

bargain session that Mr. Loney

knew nothing about and didn't attend
because he wasn't invited!

All of this will be made

a part of disciplinary complaints

which will be filed by McGuire

and Maloney with ARDC

seeking disbarment and

(9)

Prosecution of

Kromer and Ruder,

moving for McGuire hereby

requests that this notice

of appeal be considered

McGuire's motion for emergency

Bail by the Seventh Circuit

Court of Appeals, on this,

the 30th day of July, 2008,

And that McGuire be released

forthwith so he can be taken

by Maloney to Mayo Clinic

via private jet at Maloney's

expense without further

delay. The Seventh Circuit is hereby advised that there has been one untoward death this week at the Lockup Any McGuire Does not want to be ten weeks assuming waiting for a District Judge to deny the ting to rule on his motion.

Robert A Mulroy
Robert A Mulroy
1029 Pleasant Place, 1st
Oak Park, IL 60302
708 445 7760

US Marshal Service be excused under the circumstances
7/30/08