MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES
_____
PLAINTIFF

VS.

[Daniel] McGuire
_____
DEFENDANT

CASE NO. 07 CR 712

07CR 716

**FILED**
JUL 29 2008
7-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PALLMEYER

RECEIVED 2008 JUL 28 P 4:51
UNITED STATES ATTORNEY
NORTHERN DISTRICT
CHICAGO, ILLINOIS

## NOTICE OF MOTION

TO: AUSA [Keller] Ruder
US Attorney Office
Chicago

On 7/29 2008, at 8:45 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable _____ in Courtroom 3119 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion Pro Se to Disbar and to Indict AUSA Kromer & Ruder and Judge immediate habeas corpus Hearing re McGuire in 7 days.

Name: Robt Maloney
Address: 1025 [Pleasant] [Place], 1st
City/Zip: Oak Park, IL 60302
Telephone: 708 445 7460

## PROOF OF SERVICE

I, the undersigned (plaintiff/defendant), certify that on the 29th day of July, 2008, I served a copy of this notice to each person whom it is directed by way of hand delivery.

_____  7/29/08
SIGNATURE/CERTIFICATION   DATE