MHN

FILED
7-30-2008
JUL 30 2008  PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

United States of America

~~Plaintiff(s)~~

Case No. 07CR716

V.

Defendant(s) Donald McGuire
Defendant

~~COMPLAINT~~

Motion for Bail

Defendant moves for Bail Judgment
Asserting he has a Bad heart he was
Hy is an Emergency Situation.

Robert A Malony
Attorney for
Defendant
1025 Pleasant Place, 198
Oak Park, Il. 60302