MHN

FILED
7-30-2008
JUL 30 2008   PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America

~~Plaintiff(s)~~

V.

Case No. 07CR716
07 CR 716

Defendant(s): Donald McGuire

~~COMPLAINT~~

MOTION

Defendant moves for an immediate determination that he is entitled to bail under the U.S. Constitution and Boumediene v. Bush, 128 S.Ct. 2229.

Robert A. McGuire
Attorney for Donald McGuire

1025 Pleasant Place, 197
Oak Park, IL 60302
708 445 7640