# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. Donald J. McGuire | | |

**DOCKET ENTRY TEXT**

Movant having not appeared in court, motion for bond is stricken.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

U.S. DISTRICT COURT

2008 JUL 29 PM 4:08

FILED-FCD