IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHW

United States of America

~~Plaintiff~~

VS.

Donald McGuire

DEFENDANT

CASE NO. 07CR716

07CR716

FILED
7-30-2008
JUL 30 2008  PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: AUSA Julia Ruder
5th Floor Dirksen Federal Building
Chicago, IL

On July 30, 2008, at 0845 a.m. ~~p.m.~~ or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Defendant Donald McGuire's Emergency Motion for ~~Bail~~ Bail and Immediate Release under Provisions of the United States Constitution and Lakhdar Boumediene v. Bush, 128 S ct 2239 (LwB).

Name: Robert Maloney
Address: 1025 Pleasant Place, 197
City/Zip: Oak Park, IL 60302
Telephone: 708 445 7760

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 29th day of July, 2008 I served a copy of this notice to each person whom it is directed by way of hand delivery

Robert Maloney
SIGNATURE / CERTIFICATION

7/29/08
DATE