FILED
7-30-2008
JUL 30 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DONALD McGUIRE

07 CR 716

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Donald McGuire

| SIGNATURE | Robert Maloney |
|---|---|
| FIRM | SELF |
| STREET ADDRESS | 1025 PLEASANT PLACE, 19F |
| CITY/STATE/ZIP | USA |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 66400 / Cir Ct Cook Cty | 708 445 7460 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☐   pro yes will Apply |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

AND ASK GNDN JUDGE TO SIGN