IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

2008 JUL 29 PM 5:39

MHW

07CR716

United States of America

~~PLAINTIFF~~

CASE NO. 07 CR 716

VS.

Donald McGuire

DEFENDANT

F I L E D
7-30-2008
JUL 30 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: AUSA Julia Ruder
5th Floor
Dirksen Federal Building
Chicago, IL 200_

On July 30th, at 0845 a.m. ~~p.m.~~ or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer in Courtroom 2119 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Defendant Donald McGuire's motion for Bail and immediate release under provision of the United States Constitution and Boumediene v. Bush, 128 S.Ct. 2239

Name: Robert Malone
Address: 1025 Pleasant Place 19F
City / Zip: Oak Park IL 60302
Telephone: 708 493 7960

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 29th day of July, 2008, I served a copy of this notice to each person whom it is directed by way of hand delivery

_____
SIGNATURE / CERTIFICATION

7/29/08
DATE