

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 30, 2008

**F I L E D**

### BEFORE

DANIEL A. MANION, Circuit Judge

AUG 0 1 2008  YM
Aug 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| No.: 08-2903 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>DONALD J. MCGUIRE,<br>Defendant - Appellant |

District Court No: 1:07-cr-00716-1
Northern District of Illinois, Eastern Division
District Judge Rebecca Pallmeyer

Upon consideration of the **MOTION FOR RELEASE**, filed on Ju8ly 30, 2008, by counsel for the appellant,

**IT IS ORDERED** that the motion is **DENIED** without prejudice to renewal after the district court rules on any motion for release. Any renewed motion must comply with Federal Rules of Appellate Procedure 9 and 27.

form name: **c7_Order_3J** (form ID: **177**)