## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | Ruben Castillo |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. Donald McGuire | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/5/2008. Defendant's emergency motion for reconsideration to allow defendant to be released on bond is denied. Defendant is directed to bring this motion before Judge Pallmeyer on 8/11/2008 at 9:45 a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | RO |
|---|---|---|