

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    Case

USA vs McGuire     07cr 716

FILED JUL 30 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald J McGuire

| SIGNATURE | Robert Anthony Maloney X  Robert A Maloney |
|---|---|
| FIRM | Sole Professional, Aubans & Maloney P.C. (To be formed soon) |
| STREET ADDRESS | 1025 PLEASANT PLACE, APT 19F |
| CITY/STATE/ZIP | OAK PARK   IL   60302-3172 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1744836 | 708-445-7460 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐   Seaman, Ricky Kramer, Discharges |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐   As well |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒   Not yet, will apply, s/maybe? John know Turner boss USDOJ DA |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐   Absolutely  And I'm win it! |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☒       ~~APPOINTED COUNSEL~~ ☐ | hired by McGuire |