UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
DISTRICT JUDGE REBECCA PALLMEYER

UNITED STATES OF AMERICA,
   PLAINTIFF,
V.                                                       07cr716
(FATHER) DONALD J. McGUIRE,
   DEFENDANT.

MOTION FOR RECONSIDERATION

Of Defendant's Immediate right to release on bail on terms that are fair and for an immediate electronic mandate to be sent to the MCC prescribing that Defendant be released to Counsel (ROBERT A. MALONEY) FOR DELIVERY TO Mayo clinic, Instanter.

DEFENDANT, BY HIS Counsel, ROBERT A. MALONEY, respectfully requests that this Court revisit the previous Motion for Bail and immediately release Defedant because this is an emergency, on terms that are **fair**, for the following reasons:

1. This is an **emergency**. **DEFENDANT** has an acute heart condition diagnosed by Cleveland clinic as one that can bring upon an embolism that can be fatal, at any moment, especially during full body (cavity) strip searches mandated at MCC after visits with Counsel at MCC.

2. The Assistant United States Attorney Ruder (hereinafter known as "Ruder") has not contested the verity of this condition. — who

3. The obstacle of this quandary of the attorney is authorized to speak for the defendant, (Father) Donald J. McGuire, (hereinafter known as "Father McGuire") has been resolved. See Exhibit One, viz.

"FILE AFFIDAVIT -- I have asked Bob Maloney, Attorney, to represent me. This will mean that I am releasing Stephen Komie. Donald J. McGuire, upon my oath 07/30/08."

4. DEFENDANT possesses an incontrovertible and uncontested (at this time) constitutionable right (Amendment 5, Bill of Rights), confirmed by **Bourmediene v. Bush**, 128 S.C. 2239 (2008) to **bail** on terms that are **fair**.

5. In view of his medical condition it is evident that Father McGuire cannot be considered a flight risk; hence release on his own recognizance is equitable.

6. Counsel, Robert A. Maloney, a member of the Bar of this Court guarantees that Father McGuire will promptly meet each future court date set by this Court in this cause; and indeed, (subject to advice by his physicians) will swiftly move for a **speedy trial** as guaranteed by the Constitution of Illinois and the United States in respect to the charges lodged against him under District Court No. 1:07 CR – 00716 – 1, **preferably** within the next 21 days commencing with the date of issue of any Order entered, responding to this Motion.

Respectfully Submitted,

Robert A Maloney

Robert A. Maloney, Attorney for Defendant,

(amend) Donald J. McGuire, 1025 Pleasant Place, 19F, Oak Park, IL, 60302.
Phone: 708 – 445-7460

(Cellular Phone) (708) 557-1016

ARDC No. 1744836

Status: Active

Admitted 11/20/1958

Robert Anthony Maloney

(9593)

s/ Robert Maloney

**CERTIFICATE OF SERVICE**

[INSERT THE REST]
→ SIGN:
~~Dawn Geiger~~
~~Chief of Staff~~

Robert A Maloney + Ass. P.C.
(To be Vermed ASJ HASTE)
8/4/08 O/A 12 NOON

Don't show on Motion – (This writing)

But send copies of the above to:

I)   ARDE (Attorney Registration and Disciplinary Committee), E. Randolph St., Chicago

II)  ABA (American Bar Association)

III) CBA (Chicago Bar Association)

IV)  Clerk of Congress, Washington, D.C. "to disseminate to Membership of both Houses of Congress by posting on whoever…"

V)   City Desk, Federal Criminal Beat, Chicago Tribune, Chicago City Desk, Federal Criminal Beat, Chicago Sun Times, Oak Park Journal and Oak Park Oak Leaves

## CERTIFICATE OF SERVICE

This is to certify that **copies** of this Motion have been hand-delivered to the following persons prior to the hearing on this **Emergency** Motion,1 8/4/08.

A) The clerk of the district court  *[handwritten]*

B) The Chambers of Hon. Rebecca R. Pallmeyer, Rm. 2119, Dirksen bldg.,

   Chicago, Il.

C) United States Attorney Patrick Fitzgerald c/o Assistant United States Attorney Julia Ruder

D) Attorney Stephen Komie.

*[signature: Robert A. Maloney]*

Law Offices of Robert A. Maloney.  Served By: ~~Dawn E. Geiger,~~
~~Chief of Staff~~