## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. Donald J. McGuire | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/13/2008. Motion to vacate trial setting [74] denied. Defendant's motion for early return of trial subpoenas granted. Motion filed by Mr. Maloney [80] is stricken.

Notices mailed by Judicial staff.

00:26

| | Courtroom Deputy Initials: | ETV |
|---|---|---|