

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5670

August 21, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA v. McGuire

U.S.D.C. DOCKET NO. : 07cr716

U.S.C.A. DOCKET NO. : 08-2903

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                    1 Volume of Pleadings

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
    G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

In the cause entitled: USA v. McGuire.

USDC NO.    : 07cr716

USCA NO.    : 08-2903

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 21st day of August 2008.

        MICHAEL W. DOBBINS, CLERK

By: _____
    G. Jones, Deputy Clerk

APPEAL, KEYS, PROTO

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:07-cr-00716-1
# Internal Use Only

Case title: USA v. McGuire

Date Filed: 01/31/2008

Assigned to: Honorable Rebecca R. Pallmeyer

Appeals court case number: '08-2903' '7th Circuit'

**Defendant (1)**

**Donald J McGuire**  represented by  **Stephen M. Komie**
Komie & Associates
One North LaSalle Street
Suite 4200
Chicago, IL 60602-5002
(312) 263-2800
Email: stephen_m_komie@komie-and-associates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Robert A. Maloney**
Attorney at Law
1025 Pleasant Place
Suiite 19F
Oak Park, IL 60302-3172
708 445 7460
*Designation: Retained*

**Pending Counts**

COERCION OR ENTICEMENT OF MINOR FEMALE
(1-3)

**Disposition**

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Terminated)** | |
| None | |
| **Complaints** | **Disposition** |
| 18:2423.F--Coercion or Enticement of Minor Female | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Julie B. Ruder**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 886-1317<br>Fax: 312-353-8298<br>Email: julie.ruder@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**AUSA**<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 353-5300<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Pretrial Services**<br>.<br>435-5545<br>Email: ilnptdb_Court_Action_Notice@ilnpt.u |

scourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2007 | 1 | COMPLAINT signed by Judge Arlander Keys as to Donald J McGuire (1) (meg, ) (Entered: 11/05/2007) |
| 11/01/2007 | 2 | MOTION by USA to seal criminal complaint, affidavit, and arrest warrant as to Donald J McGuire (meg, ) (Entered: 11/05/2007) |
| 11/01/2007 | 3 | MOTION by USA to issue writ of habeas corpus ad prosequendum to the U.S. Department of Homeland Security as to Donald J McGuire (REDACTED) (meg, ) (Entered: 11/05/2007) |
| 11/01/2007 | 4 | MINUTE entry before Judge Arlander Keys as to Donald J. McGuire:Arrest warrant issued as to Donald McGuire. The Government's motion to seal criminal complaint, affidavit and arrest warrant until the defendant has been placed under arrest and is in custody or until whichever is first 2 is granted. The Government's motion to issue writ of habeas corpus ad prosequendum to the U.S. Dept. of Homeland Security 3 is granted. (meg, ) (Entered: 11/05/2007) |
| 11/01/2007 | 5 | ORDER as to Donald J McGuire Signed by Judge Arlander Keys on 11/1/07. (meg, ) (Entered: 11/05/2007) |
| 11/01/2007 | 6 | MINUTE entry before Judge Arlander Keys as to Donald J. McGuire: Writ of Habeas Corpus Ad Prosequendum issued to the U.S. Dept. of Homeland Security. (meg, ) (Entered: 11/05/2007) |
| 11/01/2007 | 7 | ORDER as to Donald J McGuire Signed by Judge Arlander Keys on 11/1/07. (REDACTED) (meg, ) (Entered: 11/05/2007) |
| 11/01/2007 | | ARREST WARRANT issued as to Donald J McGuire (meg, ) (Entered: 11/05/2007) |
| 11/02/2007 | | FOUR CERTIFIED ORIGINAL WRITS of habeas corpus ad prosequendum Issued to U.S. Marshal Service as to Donald J. McGuire (meg, ) (Entered: 11/05/2007) |
| 11/02/2007 | | ORAL MOTION by USA to unseal criminal complaint, affidavit and arrest warrant as to Donald J McGuire (meg, ) (Entered: 11/05/2007) |
| 11/02/2007 | 8 | MINUTE entry before Judge Arlander Keys as to Donald J McGuire:The Government's motion to unseal criminal complaint, affidavit and arrest warrant is hereby granted. (meg, ) (Entered: 11/05/2007) |
| 11/02/2007 | | ARREST of defendant Donald J McGuire (emd, ) (Entered: 11/06/2007) |
| 11/02/2007 | 9 | MINUTE entry before Judge Arlander Keys : Initial Appearance proceedings held. Defendant appears in response to arrest on 11/2/07. The defendant is informed of his rights. Enter order appointing Steven Komie as counsel for defendant. Detention hearing and Preliminary examination set for 11/7/07 at |

| Date | # | Description |
|---|---|---|
| | | 9:30am. The defendant is ordered detained until further order of Court. Mailed notice (emd, ) (Entered: 11/06/2007) |
| ~~11/02/2007~~ | ~~10~~ | ~~ATTORNEY Appearance for defendant Donald J McGuire by Stephen M. Komie (emd, ) (Entered: 11/06/2007)~~ |
| 11/06/2007 | 11 | MOTION by Donald J McGuire to seal exparte communications with the court (yap, ) (Entered: 11/13/2007) |
| 11/06/2007 | 12 | MINUTE entry before Judge Arlander Keys as to Donald J. McGuire: Detention hearing held. The defendant is ordered released. Preliminary examination set for 11/30/07 at 9:30 a.m. Defendant's motion to seal ex parte communications with the court 11 is denied as moot for the reasons stated on the record. Mailed notice (yap, ) (Entered: 11/13/2007) |
| 11/06/2007 | 13 | ORDER Setting Conditions of Release as to Donald J McGuire (1) 50,000.00 OWN RECOGNIZANCE (Redacted Image). Signed by Judge Arlander Keys on 11/6/07. (yap, ) (Entered: 11/13/2007) |
| 11/06/2007 | 14 | OWN RECOGNIZANCE Bond as to Donald J McGuire in amount of $ $50,000.00, (Redacted Image). (yap, ) (Entered: 11/13/2007) |
| ~~11/06/2007~~ | ~~15~~ | ~~DUPLICATE entry of document 12 (las, ). Modified on 11/27/2007 (las, ). (Entered: 11/16/2007)~~ |
| 11/09/2007 | 16 | MINUTE entry before Judge Arlander Keys as to defendant McGuire : Pursuant to the 11/9/07 special report submitted by the Pretrial Services Officer, an emergency hearing was set this date on rule to show cause why defendant's bond should not be revoked. Hearing held. The court is satisfied that the monitoring device is now working properly. Therefore, the motion to revoke bond is denied. Mailed notice (las, ) (Entered: 11/16/2007) |
| ~~11/27/2007~~ | ~~17~~ | ~~NOTICE of Correction regarding order 15 as to Donald J McGuire (las, ) (Entered: 11/27/2007)~~ |
| 11/30/2007 | 18 | MINUTE entry before Judge Arlander Keys as to defendant McGuire: For good cause shown and pursuant to the agreement of the Defendant and the Government, the preliminary examination is continued to 2/6/08 at 9:30 a.m. Mailed notice (las, ) (Entered: 12/05/2007) |
| 12/07/2007 | 19 | MOTION by Donald J McGuire to modify conditions of release *on bond* (Attachments: # 1 Exhibit Journal Article on EECP# 2 Exhibit Clinic Appointment Schedule)(Komie, Stephen) (Entered: 12/07/2007) |
| ~~12/07/2007~~ | ~~20~~ | ~~NOTICE of Motion by Stephen M. Komie for presentment of motion to modify conditions of release 19 before Honorable Arlander Keys on 12/10/2007 at 10:30 AM. (Komie, Stephen) (Entered: 12/07/2007)~~ |
| 12/10/2007 | 21 | MINUTE entry before Judge Arlander Keys as to Donald McGuire: The government having no objection, the defendant's motion to modify conditions of release is granted 19 . Commencing on 12/12/07, the defendant is granted leave to travel to the Cleveland Clinic in Ohio, for evaluation and treatment for congestive heart failure and to remain there until his doctors determine that he is fit for release. One of defendant's third party custodians must |

|  |  |  |
|---|---|---|
|  |  | accompany defendant to Cleveland. The defendant will provide his itinerary to the Pretrial Services Officer and comply with the directions of that officer regarding keeping in touch with him/her. Mailed notice (las, ) (Entered: 12/13/2007) |
| 12/11/2007 | 22 | MINUTE entry before Judge Arlander Keys as to defendant McGuire : The order dated 12/10/07 is amended to read: The goverment having no objection, the defendant's motion to modify conditions of release is granted 19 . Commencing on 12/11/07, the defendant is granted leave to travel to the Cleveland Clinic in Ohio, for evaluation and treatment for congestive heart failure and to remain there until his doctors determine that he is fit for release. One of defendant's third party custodians must accompany defendant to Cleveland. The defendant will provide his itinerary to the Pretrial Services Officer and comply with the directions of that officer keeping in touch with him/her. Mailed notice (las, ) (Entered: 12/13/2007) |
| 12/11/2007 | 23 | AGREED Order as to Donald J McGuire Signed by Judge Arlander Keys on 12/11/07. (las, ) (Entered: 12/13/2007) |
| 01/31/2008 | 24 | INDICTMENT as to Donald J McGuire (1) count(s) 1-3 (las, ) (Entered: 02/01/2008) |
| 01/31/2008 |  | (Court only) Judge update in case as to Donald J McGuire. Judge George W. Lindberg added. Judge Arlander Keys no longer assigned to case. Set Flags for Magistrate Keys as to Donald J McGuire (las, ) (Entered: 02/01/2008) |
| 01/31/2008 | 25 | DESIGNATION Sheet: FELONY (Category 3). (las, ) (Entered: 02/01/2008) |
| 01/31/2008 | 26 | MINUTE entry before Judge Morton Denlow as to Donald J. McGuire: No bond set, defendant is home incarcerated with other conditions. (las, ) (Entered: 02/01/2008) |
| 02/01/2008 | 27 | NOTICE of Arraignment as to Donald J McGuire before Honorable Arlander Keys on 2/6/2008 at 9:30 A.M. (las, ) (Entered: 02/01/2008) |
| 02/06/2008 | 28 | MINUTE entry before Judge Arlander Keys as to Donald McGuire: Arraignment held. The defendant enters plea of not guilty to the indictment. 16.1A conference to be held by 2/13/08. Pretrial motions to be filed by 2/27/08. Responses to pretrial motions are due by 3/12/08. Status hearing set before Judge Lindberg on 3/19/08 at 9:30 a.m. Time is excluded pursuant to 18:3161(h)(1). Mailed notice (las, ) (Entered: 02/11/2008) |
| 02/19/2008 | 29 | ARREST WARRANT returned executed as to Donald J McGuire on 11/2/07 (las, ) (Entered: 02/21/2008) |
| ~~02/22/2008~~ | ~~30~~ | ~~NOTICE of Motion by Stephen M. Komie for presentment of before Honorable Arlander Keys on 2/26/2008 at 10:30 AM. (Komie, Stephen) (Entered: 02/22/2008)~~ |
| 02/22/2008 | 31 | MOTION by Donald J McGuire to modify conditions of release *and enlarge conditions of bond* (Attachments: # 1 Exhibit A)(Komie, Stephen) (Entered: 02/22/2008) |

| | | |
|---|---|---|
| 02/22/2008 | 32 | ~~*Amended* NOTICE of Motion by Stephen M. Komie for presentment of motion to modify conditions of release 31 before Honorable Arlander Keys on 2/26/2008 at 10:30 AM. (Komie, Stephen) (Entered: 02/22/2008)~~ |
| 02/26/2008 | 33 | Agreed Motion to Enter Agreed Protective Order by USA as to Donald J McGuire (Attachments: # 1 Text of Proposed Order)(Ruder, Julie) (Entered: 02/26/2008) |
| 02/26/2008 | 48 | MINUTE entry before Judge Arlander Keys as to Donald McGuire : The government having no objection, the defendant's motion to modify conditions of release is granted 31 . Commencing on 2/27/08, the defendant is granted leave to travel to the Cleveland Clinic in Ohio, for evaluation and treatment for congestive heart failure and to remain there until his doctors determine that he is fit for release. Michael Larsen has been informed of the conditions of the defendant's release and must accompany defendant to Cleveland. The defendant will provide his itinerary to the Pretrial Services Officer and comply with the directions of that officer regarding keeping in touch with him/her. Mailed notice (las, ) (Entered: 03/05/2008) |
| 02/26/2008 | 49 | MINUTE entry before Judge Arlander Keys as to defendant McGuire : The government having no objections, the defendant's motion to modify conditions of release is granted 19 . Commencing on 2/27/08, the defendant is granted leave to travel to the Cleveland Clinic in Ohio, for evaluation and treatment for congestive heart failure and to remain there until his doctors determine that he is fit for release. Michael Larsen has been informed of the conditions of the defendant's release and must accompany defendant to Cleveland. The defendant will provide his itinerary to the Pretrial Services Officer and comply with the directions of that officer regarding keeping in touch with him/her. Mailed notice (las, ) (Entered: 03/06/2008) |
| 02/27/2008 | 34 | MOTION by Donald J McGuire for disclosure *of Impeaching Information* (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 35 | MEMORANDUM by Donald J McGuire in support of MOTION by Donald J McGuire for disclosure *of Impeaching Information* 34 (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 36 | MOTION by Donald J McGuire for discovery *of Use of Electronic Devices* (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 37 | MOTION by Donald J McGuire for notice of intent *to Use Other Crimes, Wrongs Or Acts Evidence* (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 38 | MOTION by Donald J McGuire for leave to *File Additional Pre-Trial Motions* (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 39 | MOTION by Donald J McGuire For Pre Trial Access to Witnesses (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 40 | MEMORANDUM by Donald J McGuire in support of MOTION by Donald J McGuire For Pre Trial Access to Witnesses 39 (Komie, Stephen) (Entered: 02/27/2008) |

| | | |
|---|---|---|
| 02/27/2008 | 41 | MOTION by Donald J McGuire to Preclude Prosecutor from Conferring with Prosecution Witnesses (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 42 | MOTION by Donald J McGuire for Attorney Voir Dire (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 43 | MEMORANDUM by Donald J McGuire in support of MOTION by Donald J McGuire for Attorney Voir Dire 42 (Komie, Stephen) (Entered: 02/27/2008) |
| 02/27/2008 | 44 | MOTION by Donald J McGuire for Early Return of Trial Subpoenas (Komie, Stephen) (Entered: 02/27/2008) |
| ~~02/27/2008~~ | 45 | ~~NOTICE of of Filing as to Donald J McGuire *of Pre-Trial Motions* (Komie, Stephen) (Entered: 02/27/2008)~~ |
| 02/28/2008 | 46 | MINUTE entry before Judge George W. Lindberg : Government's agreed motion to enter agreed protective order is granted.Mailed notice (slb, ) (Entered: 02/28/2008) |
| 02/29/2008 | 47 | AGREED Protective Order as to Donald J McGuire Signed by Judge George W. Lindberg on 2/29/08. (las, ) (Entered: 03/03/2008) |
| 03/10/2008 | 50 | Consolidated Response to Defendant's Pre-Trial Motions by USA as to Donald J McGuire (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Ruder, Julie) (Entered: 03/10/2008) |
| 03/14/2008 | 51 | MINUTE entry before Judge George W. Lindberg : The motion to preclude prosecutor from conferring with prosecution witnesses 41 is granted in part. No counsel for either the government or the defendant will be allowed to confer with any witness about this case while that witness is testifying at trial. The motion to require notice of intention to use other crimes, wrongs, or acts evidence 37 is granted in part and denied in part. The government has agreed to provide notice regarding Rule 404(b) evidence it intends to offer in its case-in-chief three weeks before trial and it is ordered to do so. Defendant's request for Rule 404(b) evidence the government may use on cross-examination or in rebuttal is denied. Defendant's request for Rule 608(b) evidence is denied. The motion for disclosure of impeaching information 34 is denied as moot. The government represents that it will comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963) and Giglio v. United States, 405 U.S. 150 (1972) and has identified the material it will produce in its written response. No further court order is needed. Mailed notice (slb, ) (Entered: 03/14/2008) |
| 03/14/2008 | 52 | MINUTE entry before Judge George W. Lindberg : Defendant's motion for early return of trial subpoenas 44 is granted. The government is also granted leave for early return of trial subpoenas. The motion for attorney voir dire 42 is denied, without prejudice, as premature. The court will address voir dire issues closer to the trial date. The motion for leave to file additional pre-trial motions 38 is denied, without prejudice. The court will address the appropriateness and timeliness of additional pretrial motions if and/or when they are filed. The motion to discover use of electronic devices 36 is denied as moot. The government represents that it has, and will continue to produce |

| | | |
|---|---|---|
| | | the material requested in that motion. The motion for pre-trial access to witnesses 39 is denied as moot. Defense counsel is free to access potential witnesses prior to trial. No further order from this court is necessary. Mailed notice (slb, ) (Entered: 03/14/2008) |
| 03/19/2008 | 53 | MINUTE entry before Judge Honorable George W. Lindberg:Status hearing held and continued to 5/14/2008 at 9:15a.m. Time is ordered excluded pursuant to 18:3161(h)(8)(A). Time begins 3/19/2008. Time ends 5/14/2008. Mailed notice (slb, ) (Entered: 03/19/2008) |
| 05/14/2008 | 54 | MOTION by USA for writ as to Donald J McGuire (Attachments: # 1 Text of Proposed Order Order and Writ of Habeas Corpus ad Prosequendum)(Ruder, Julie) (Entered: 05/14/2008) |
| 05/14/2008 | 55 | MINUTE entry before Judge Honorable George W. Lindberg as to Donald J. McGuire: Status hearing reset to 6/11/2008 at 9:15a.m. Time is ordered excluded pursuant to 18:3161(h)(8)(A). Time begins 5/14/2008. Time ends 6/11/2008. Mailed notice (slb, ) (Entered: 05/14/2008) |
| 05/19/2008 | 56 | PETITION by USA for writ of habeas corpus ad prosequendum as to Donald J McGuire (Redacted image) (las, ) (Entered: 05/19/2008) |
| 05/19/2008 | 57 | MINUTE entry before the Honorable George W. Lindberg as to Donald McGuire: Government's petition for writ of habeas corpus is granted 56 . It is hereby ordered that the US Marshal, NDIL bring or cause to be brought before this court, defendant Donald J. McGuire on 6/11/08 at 9:15 a.m. Filed writ of habeas corpus ad prosequendum. Filed writ of habeas corpus ad prosequendum. Enter order. Mailed notice (las, ) (Entered: 05/19/2008) |
| 05/19/2008 | 58 | ORDER as to Donald J McGuire Signed by the Honorable George W. Lindberg on 5/19/08. (Redacted image) (las, ) (Entered: 05/19/2008) |
| 05/19/2008 | | WRIT of habeas corpus ad prosequendum Issued regarding Donald J McGuire (las, ) (Entered: 05/19/2008) |
| 06/11/2008 | 59 | MINUTE entry before the Honorable George W. Lindberg:Status hearing held. For the reasons stated in open court, this case will be reassigned. Time is ordered excluded pursuant to 18:3161(h)(8)(A). Time begins 6/11/2008. Time ends 7/11/2008. Mailed notice (slb, ) (Entered: 06/11/2008) |
| 06/11/2008 | 60 | MINUTE entry before the Honorable Virginia M. Kendall:Emergency status hearing held on 6/11/2008. Mailed notice (tlp, ) (Entered: 06/11/2008) |
| 06/11/2008 | 61 | EXECUTIVE COMMITTEE ORDER: Case as to Donald J McGuire Reassigned to Judge Virginia M. Kendall. Judge George W. Lindberg no longer assigned to the case. For further details see order.(las, ) (Entered: 06/12/2008) |
| 06/18/2008 | 62 | MINUTE entry before the Honorable Virginia M. Kendall: Status hearing set for 6/23/2008 at 01:30 PM. Mailed notice (jms, ) (Entered: 06/18/2008) |
| 06/23/2008 | 63 | MINUTE entry before the Honorable Virginia M. Kendall as to Donald J. McGuire: Status hearing held and continued to 6/24/08 at 1:30 p.m. Trial date of 9/8/08 at 9:15 a.m. set by Judge Lindberg shall stand. Pretrial conference is |

| | | |
|---|---|---|
| | | set for 8/15/08 at 10:00 a.m. All proposed jury instructions are to be filed by 8/4/08. All motions in limine and supporting memorada shall be filed by 8/4/08. Responses are due 8/11/08. The government is given to 8/4/08 to file its 404(b) motion and supporting memoranda. Defendant is given to 7/21/08 to file any motions to change the trial date. Defendants not objecting, enter excludable delay for the period of 6/23/2008 through 9/8/2008 pursuant to 18 U.S.C (h)(8)(B)(iv) in the interest of justice. Mailed notice (las, ) (Entered: 06/24/2008) |
| 06/24/2008 | 64 | MINUTE entry before the Honorable Virginia M. Kendall as to Donald J. McGuire: Status hearing held. Trial is set for 10/6/08 at 9:15 am. Final pretrial conference is set for 9/26/08 at 10:00 am. All motions in limine and supporting memoranda, proposed jury instructions, and Santiago proffer are to be filed by 9/26/08. Any motions pursuant to 404(b) and supporting memoranda are to be filed by 9/5/08. Response is to be filed by 9/19/08. Defendant not objecting, enter excludable delay for the period of 6/24/2008 through 10/6/2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). Mailed notice (las, ) (Entered: 06/25/2008) |
| 06/27/2008 | 65 | NOTICE of of Vacation as toDonald J McGuire (Komie, Stephen) (Entered: 06/27/2008) |
| 07/03/2008 | 67 | EXECUTIVE COMMITTEE ORDER: Case as to Donald J McGuire reassigned to Judge Honorable Rebecca R. Pallmeyer from Honorable Judge Virginia M. Kendall pursuant to the provisions of Rule 13 of the Internal Operating Procedures of this court. It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required. Judge Honorable Virginia M. Kendall no longer assigned to the case. (For further details see order). (yap, ) (Entered: 07/07/2008) |
| 07/07/2008 | 66 | MINUTE entry before the Honorable Virginia M. Kendall:as to Donald J McGuire : This case having been reassigned to the calendar of Judge Pallmeyer, all dates set by this court are stricken. Mailed notice (jms, ) (Entered: 07/07/2008) |
| 07/07/2008 | 68 | MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Donald J McGuire: This case having been reassigned, the court adopts the schedule imposed by Judge Kendall on June 24, 2008,except that the trial date is postponed for one day, to 10/7/08 at 9:30 a.m. Other dates are as follows: Anymotions pursuant to 404(b) and supporting memoranda are to be filed by 9/5/08. Response is to be filed by9/19/08. Final pretrial conference is set for 9/26/08 at 10:00 am. A status conference is set for 8/11/08 at9:00 a.m. Excludable time to begin pursuant to 18:3161(h)(1)(F).Mailed notice (yap, ) (Entered: 07/07/2008) |
| ~~07/28/2008~~ | ~~69~~ | ~~ATTORNEY Appearance for defendant Donald J McGuire by Robert A. Maloney (las, ) (Entered: 07/30/2008)~~ |
| 07/29/2008 | 77 | MOTION by Donald J McGuire for bond (Exhibits) (Poor quality original- |

| | | |
|---|---|---|
| | | paper document on file) (las, ) (Entered: 08/01/2008) |
| 07/29/2008 | 78 | NOTICE of Motion by Robert A. Maloney for presentment of motion for bond 77 before Honorable Rebecca R. Pallmeyer on 7/29/2008 at 08:45 AM. (las, ) (Entered: 08/01/2008) |
| 07/29/2008 | 81 | MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Donald J. McGuire: Movant having not appeared in court, motion for bond is stricken 77 . Mailed notice (las, ) (Entered: 08/01/2008) |
| 07/30/2008 | 70 | OBJECTION by Donald J McGuire to trial setting, 64 (Text modified by Clerk's Office) (Komie, Stephen) Modified on 7/31/2008 (las, ). (Entered: 07/30/2008) |
| 07/30/2008 | 71 | NOTICE of Motion by Stephen M. Komie for presentment of before Honorable Rebecca R. Pallmeyer on 8/11/2008 at 09:00 AM. (Komie, Stephen) (Entered: 07/30/2008) |
| 07/30/2008 | 72 | NOTICE OF APPEAL by Donald J McGuire Filing fee $ 455. (air, ) (Entered: 07/30/2008) |
| 07/30/2008 | 73 | NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 07/30/2008) |
| 07/30/2008 | 76 | USCA case number as to Donald J McGuire 08-2903 for notice of appeal 72 (las, ) (Entered: 07/31/2008) |
| 07/30/2008 | 79 | MOTION by Donald J McGuire for bond (las, ) (Entered: 08/01/2008) |
| 07/30/2008 | 80 | MOTION by defendant (las, ) (Entered: 08/01/2008) |
| 07/30/2008 | 82 | NOTICE of filing as to Donald J McGuire (las, ) (Entered: 08/01/2008) |
| 07/30/2008 | 83 | APPEARANCE for defendant Donald J McGuire (las, ) (Entered: 08/04/2008) |
| 07/30/2008 | 84 | NOTICE of motion as to Donald J McGuire (las, ) (Entered: 08/04/2008) |
| 07/30/2008 | 87 | ATTORNEY Appearance for defendant Donald J McGuire by Robert A. Maloney (las, ) (Entered: 08/06/2008) |
| 07/31/2008 | 74 | MOTION by Donald J McGuire to vacate *Trial Setting* (Komie, Stephen) (Entered: 07/31/2008) |
| 07/31/2008 | 75 | NOTICE of Motion by Stephen M. Komie for presentment of motion to vacate 74 before Honorable Rebecca R. Pallmeyer on 8/11/2008 at 09:00 AM. (Komie, Stephen) (Entered: 07/31/2008) |
| 08/01/2008 | 85 | ORDER of USCA as to Donald J McGuire: It is ordered that the motion for release is denied without prejudice to renewal after the district court rules on any motion for release. Any renewed motion must comply with Federal Rules of Appellate Procedure 9 and 27. For further details see order. (las, ) (Entered: 08/05/2008) |
| 08/04/2008 | 88 | MOTION by Donald J McGuire for reconsideration (las, ) (Entered: 08/07/2008) |

| 08/05/2008 | 86 | MINUTE entry before the Honorable Ruben Castillo as to Donald McGuire: Motion hearing held on 8/5/2008. Defendant's emergency motion for reconsideration to allow defendant to be released on bond is denied. Defendant is directed to bring this motion before Judge Pallmeyer on 8/11/2008 at 9:45 a.m. Mailed notice (las, ) (Entered: 08/06/2008) |
|---|---|---|
| 08/07/2008 | | (Court only) ***Motions terminated as to Donald J McGuire: 88 MOTION by Donald J McGuire for reconsideration filed by Donald J McGuire. (las, ) (Entered: 08/07/2008) |
| ~~08/07/2008~~ | ~~89~~ | *Amended* ~~NOTICE of Motion by Stephen M. Komie for presentment of motion to vacate 74 before Honorable Rebecca R. Pallmeyer on 8/11/2008 at 01:00 PM. (Komie, Stephen) (Entered: 08/07/2008)~~ |
| 08/11/2008 | 90 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Donald J McGuire: Status hearing held on 8/11/2008. Status hearing set for 8/13/2008 at 9:00. Defendant's motion to vacate trial setting 74 entered and continued to 8/13/2008 at 9:00. Excludable time to continue pursuant to 18:3161(h)(1)(F). Mailed notice (etv, ) (Entered: 08/11/2008) |
| 08/13/2008 | 91 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Donald J McGuire: Status hearing held on 8/13/2008. Motion to vacate trial setting 74 denied. Defendant's motion for early return of trial subpoenas granted. Motion filed by Mr. Maloney 80 is stricken. Mailed notice (etv, ) (Entered: 08/13/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**