UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 716 |
| | ) | |
| DONALD J. McGUIRE | ) | Judge Rebecca Pallmeyer |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE, *INSTANTER*,
BRIEF EXCEEDING 15 PAGES**

THE UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court for leave to file, *instanter*, a brief exceeding 15 pages.

In support of its motion, the government states:

1. Pursuant to the Court's scheduling order, the government seeks to file today its Notice of Intent to Offer Evidence Under Rules 413 and 414, or, in the Alternative, Under Rule 404(b). Because the government has not previously briefed the Court on the details of the proposed Rule 413/414/404(b) testimony, or on the law supporting the government's introduction of such testimony, and given the nature of the proposed testimony, the government's brief is 29 pages.

2. Local Rule 7.1 requires prior Court approval for an oversized brief, as well as a table of contents and table of authorities. The government therefore seeks this Court's permission to file its oversized brief.

WHEREFORE, the United States respectfully moves this Court to permit the government to file its brief, which exceeds 15 pages.

Dated: September 5, 2008	Respectfully submitted,
	PATRICK J. FITZGERALD
	United States Attorney

	By:	s/ Julie B. Ruder
		JULIE B. RUDER
		Assistant U.S. Attorney
		219 South Dearborn Street
		Chicago, Illinois 60604
		(312) 886-1317

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

Government's Motion for Leave to File, *Instanter*, Brief Exceeding 15 Pages

was served on September 5, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                           s/ Julie B. Ruder
                                           JULIE B. RUDER
                                           Assistant United States Attorney
                                           219 South Dearborn Street
                                           Chicago, Illinois
                                           (312) 886-1317