**FILED**
**SEPTEMBER 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
Northern District of Illinois 219
South Dearborn Street Chicago,
Illinois 60604

Michael W.

Dobbins Clerk of

Court

(312) 435-7631

September 04, 2008

Robert A Maloney
Attorney at Law
1025 Pleasant Place Suite 19F
Oak Park, Il 60302-3172

Attn. Mr. Maloney,

Please be advised that payment for filing fee of case 07CR716-1 we received on July 30, 2008, check # 1009 in the amount of $460.00 ($5.00 for copies and appeal fee $455.00) was returned to us from your bank for insufficient funds. You telephone has been disconected so I sent you a letter dated August 13, 2008 to inform you of this nsf check. As of today I have not received any response from you.

Please immediately remit a cashier's check or money order in the amount of $505.00 ($460.00 plus $45.00 service fee). Payable to: Clerk, U.S. District Court. Please include with the check, the case number and the reason you are remitting the payment. This matter will be referred to Hon. Judge Rebecca R Pallmeyer.

If you have any questions you may reach me at (312) 435-6067. Thank you for your attention on this matter.

Sincerely,
s/Emilia Garcia

Emilia Garcia Fiscal
Department U.S.
District Court 219
S. Dearborn
Chicago, IL 60604

CC: Hon. Judge Pallmayer
Nelida Finch, Operations Manager