UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 07 CR 716 |
| ) | Hon. Rebecca Pallmeyer |
| DONALD J. McGUIRE  ) | |

**MOTION TO PERMIT CERTAIN
GOVERNMENT WITNESSES TO IDENTIFY THEMSELVES
BY FIRST NAME ONLY AT TRIAL**

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to permit certain government witnesses at trial to identify themselves by first name only (or, if the witness prefers, by an alias, e.g., "Victim A"). In support of its motion, the government states as follows:

1.  The government has provided notice of its intent to call six witnesses to testify about having been molested and/or exploited by defendant when they were minors. These witnesses were identified in the government's September 5, 2008 filing as Victims A through F. The nature of these witnesses' testimony is extremely traumatic, personal, and sensitive, and in order to avoid re-victimization and embarrassment, these witnesses should be permitted to introduce and identify

1

themselves by their first names only. All of the witnesses have previously been fully identified in discovery materials provided to the defendant (governed by a protective order that prohibits disclosure).

  2. Title 18, United States Code, Section 3509(d) protects the privacy interest of victims of child exploitation by allowing the court to "...issue an order protecting a child from public disclosure of the name of or any other information concerning the child in the course of the proceedings, if the court determines that there is a significant possibility that such disclosure would be detrimental to the child." 18 U.S.C. § 3509(d)(3)(A). Further, the court has the power to "provide for any... measures that may be necessary to protect the privacy of the child." 18 U.S.C. § 3509(d)(3)(B)(ii). Although the statutory language does not explicitly extend to adults who were victimized as children, the statute as a whole demonstrates the strong public interest in protecting victims of sexual exploitation. Likewise, the Seventh Circuit has repeatedly acknowledged the lasting harms of child abuse, and the need to protect victims' anonymity even after they are adults. *United States v. Cunningham*, 405 F.3d 497, 499 n.1 (7th Cir. 2005) (using pseudonym to describe adult victim who was minor at the time of the sexual abuse); *United States v. Sherman*, 268 F.3d 539, 547 (7th Cir. 2001) (noting the lasting effects of child abuse on the victims, citing such issues as

"emotional repercussions from a fear of exposure, and the tension of keeping the abuse secret"). A victim testifying publicly about his past abuse suffers a violation of privacy and renewed emotional harm, making public anonymity appropriate, particularly where, as here, the government has identified the victims to the defendant and defense counsel, enabling defendant to confront the witnesses at trial.

    3.    Although the Court has set a September 26, 2008 deadline for the parties to file motions *in limine*, the government asks the Court to resolve this motion earlier, so that the government can fully and accurately assure testifying witnesses of the continued confidentiality of their identities. Government counsel communicated with defendant's counsel on September 16, 2008, and defense counsel stated that as of today, he has not discussed the government's request (made today) with the defendant and therefore does not have authority from the defendant to agree to the government's motion.

WHEREFORE, the government respectfully requests that the Court enter the attached order, permitting Victims A through F to identify themselves by first name only at trial.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

By:   s/ Julie B. Ruder
       JULIE B. RUDER
       APRIL M. PERRY
       Assistant United States Attorneys
       219 South Dearborn St., Room 500
       Chicago, Illinois  60604
       (312) 886-1317

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

Motion to Permit Certain Government Witnesses to Identify Themselves By First Name Only at Trial

were served on September 16, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/ Julie B. Ruder
JULIE B. RUDER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-1317