UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 716 |
| | ) | Hon. Rebecca Pallmeyer |
| DONALD J. McGUIRE | ) | |

**ORDER**

This matter coming to be heard on the Government's Motion to Permit Certain Government Witnesses to Identify Themselves by First Name Only at Trial,

IT IS HEREBY ORDERED:

At trial, Victims A through F (as referenced in government's September 5, 2008 filing) may identify themselves by first name only, or by an alias (e.g., "Victim A"), and no party or witness shall refer to Victims A through F by their full names, or reveal information that identifies the full names or identities of Victims A through F.

ENTERED:

_____
United States District Court