UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 716 |
| | ) | Hon. Rebecca Pallmeyer |
| DONALD J. McGUIRE | ) | |

## NOTICE OF MOTION

To:   Counsel of Record
      (By ECF Filing)

Please take notice that at 8:45 a.m. on Thursday, September 18, 2008, before the Hon. Rebecca Pallmeyer, Courtroom 2119, or as soon thereafter as the Court is available, the government will present its Motion to Permit Certain Government Witnesses to Identify Themselves by First Name Only at Trial.

Dated:  September 16, 2008          Respectfully submitted,

                                    PATRICK J. FITZGERALD
                                    United States Attorney

                            By:     s/ Julie B. Ruder
                                    JULIE B. RUDER
                                    Assistant United States Attorney
                                    219 South Dearborn Street
                                    Chicago, Illinois 60604
                                    (312) 886-1317

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

    Notice of Motion

was served on September 16, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    s/ Julie B. Ruder
    JULIE B. RUDER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois
    (312) 886-1317