# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 716 - 1 | **DATE** | 9/18/2008 |
| **CASE TITLE** | USA vs. Donald J. McGuire | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion to permit certain government witnesses to identifying themselves by first name only at trial [97] entered and continued to 9/23/2008 at 9:00.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|