IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.   07 CR 716 |
| | ) | |
| REV. DONALD J. MCGUIRE, | ) | Honorable Rebecca R. Pallmeyer, |
| | ) | District Judge, Presiding |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Julie B. Ruder
Assistant United States Attorney
219 South Dearborn, 5th floor
Chicago, Illinois  60604

Please take notice, on September 23, 2008 at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Rebecca R. Pallmeyer, or the judge sitting in her stead in Courtroom No. 2119 which is usually occupied by her at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then present Defendant's Motion to Exclude the Use of the Term Victim.

  /s/ Stephen M. Komie
Attorney for Defendant
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800

## PROOF OF SERVICE

      The undersigned, being first duly sworn, deposes and states that a true and correct copy of the attached Defendant's Motion to Exclude the Use of the Term Victim has been served upon the below named party using the CM/ECF system on September 19, 2008.

Julie B. Ruder
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

      /s/ Stephen M. Komie
      Attorney for Defendant
      Komie and Associates
      One North LaSalle Street, Suite 4200
      Chicago, Illinois 60602
      312/263-2800